DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
WILLIAM MICHAEL QUENNEVILLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                               )<br>          Plaintiff,          )<br>                               )<br>     v.                        )<br>                               )<br> WILLIAM MICHAEL QUENNEVILLE,  )<br>                               )<br>          Defendant.           )<br> _____ ) | CR. S-09-226 FCD<br><br>**STIPULATION AND ORDER**<br><br>DATE:  June 22, 2009<br>TIME:  10:00 a.m.<br>JUDGE: Frank C. Damrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through LAUREL WHITE, Assistant U.S. Attorney, and defendant, WILLIAM MICHAEL QUENNEVILLE by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Monday, June 22, 2009 be continued to Monday, July 27, 2009 at 10:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for July 27, 2009

pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: June 16, 2009          Respectfully submitted,
                              DANIEL J. BRODERICK
                              Federal Defender

                              /S/ Benjamin Galloway
                              BENJAMIN GALLOWAY
                              Assistant Federal Defender
                              Attorney for Defendant
                              WILLIAM MICHAEL QUENNEVILLE


DATED: June 16, 2009          LAWRENCE G. BROWN
                              Acting United States Attorney

                              /s/ Benjamin Galloway for
                              LAUREL WHITE
                              Assistant U.S. Attorney
                              Attorney for Plaintiff


**IT IS SO ORDERED.**

DATED: June 16, 2009          _____
                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE