DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
WILLIAM MICHAEL QUENNEVILLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>             )<br>        Plaintiff, )<br>             )<br>   v.        )<br>             )<br>WILLIAM MICHAEL QUENNEVILLE, )<br>             )<br>        Defendant. )<br>             )<br>_____ ) | CR. S-09-0226 FCD<br><br>**STIPULATION AND ORDER**<br><br>DATE: July 27, 2009<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Frank C. Damrell, Jr. |

    It is hereby stipulated and agreed to between the United States of America through LAUREL WHITE, Assistant U.S. Attorney, and defendant, WILLIAM MICHAEL QUENNEVILLE by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Monday, July 27, 2009 be continued to Monday, September 21, 2009 at 10:00 a.m.

    The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

    Speedy trial time is to be excluded from the date of this order through the date of the status conference set for September 21, 2009

pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: July 20, 2009        Respectfully submitted,
                            DANIEL J. BRODERICK
                            Federal Defender

                            /S/ Benjamin Galloway
                            BENJAMIN GALLOWAY
                            Assistant Federal Defender
                            Attorney for Defendant
                            WILLIAM MICHAEL QUENNEVILLE


DATED: July 20, 2009        LAWRENCE G. BROWN
                            Acting United States Attorney

                            /s/ Benjamin Galloway for
                            LAUREL WHITE
                            Assistant U.S. Attorney
                            Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including September 21, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: July 20, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2