DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
WILLIAM MICHAEL QUENNEVILLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. S-09-226-FCD |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | DATE: October 19, 2009 |
| WILLIAM MICHAEL QUENNEVILLE, | ) | TIME: 10:00 a.m. |
| | ) | JUDGE: Hon. Frank C. Damrell, Jr. |
| Defendant. | ) | |
| | ) | |

It is hereby stipulated and agreed to between the United States of America through LAUREL WHITE, Assistant U.S. Attorney, and defendant, WILLIAM MICHAEL QUENNEVILLE by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Monday, September 21, 2009, be continued to Monday, October 19, 2009, at 10:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for October 19, 2009,

pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: September 16, 2009     Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/S/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
WILLIAM MICHAEL QUENNEVILLE

DATED: September 16, 2009     LAWRENCE G. BROWN
United States Attorney

/s/ Benjamin Galloway for
LAUREL WHITE
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including October 19, 2009, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: September 17, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2