DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
WILLIAM MICHAEL QUENNEVILLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 09-226-FCD |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | DATE: November 30, 2009 |
| WILLIAM MICHAEL QUENNEVILLE, | ) | TIME: 10:00 a.m. |
| | ) | JUDGE: Hon. Frank C. Damrell Jr. |
| Defendant. | ) | |
| | ) | |

It is hereby stipulated and agreed to between the United States of America through LAUREL WHITE, Assistant U.S. Attorney, and defendant, WILLIAM MICHAEL QUENNEVILLE by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Monday, October 19, 2009, be continued to Monday, November 30, 2009, at 10:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for November 30, 2009,

pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: October 14, 2009        Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /S/ Benjamin Galloway
                                BENJAMIN GALLOWAY
                                Assistant Federal Defender
                                Attorney for Defendant
                                WILLIAM MICHAEL QUENNEVILLE


DATED: October 14, 2009        LAWRENCE G. BROWN
                                United States Attorney

                                /s/ Benjamin Galloway for
                                LAUREL WHITE
                                Assistant U.S. Attorney
                                Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including November 30, 2009, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: October 15, 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE