BENJAMIN B. WAGNER
United States Attorney
LAUREL D. WHITE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CR-00226-FCD |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| WILLIAM QUENNEVILLE, | |
| Defendant. | |

Based upon the entry of plea and the stipulation and application for preliminary order of forfeiture entered into between plaintiff United States of America and defendant William Quenneville, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

    1.  Pursuant to 18 U.S.C. § 2253, defendant William Quenneville's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

        a)  Maxtor Hard Drive, SN 2HC03KVF;

        b)  Compaq Presario Computer, SN CNX7371TZZ; and

        c)  Seagate Hard Drive, SN 6RX0EGE3.

 2. The above-listed property constitutes property containing visual depictions of minors engaged in sexually explicit conduct produced, transported, distributed, received, and/or possessed in violation of 18 U.S.C. § 2252(a)(2) and 18 U.S.C. § 2252(a)(4)(B), or was used or intended to be used to commit or to promote the commission of a violation of 18 U.S.C. § 2252(a)(2) and 18 U.S.C. § 2252(a)(4)(B).

 3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States, in its secure custody and control.

 4. a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 83-171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

 b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of

Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

 5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

 SO ORDERED this 14th day of December, 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE