```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LAUREL D. WHITE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )    2:09-cr-00226-FCD
                                 )
12              Plaintiff,       )    FINAL ORDER OF FORFEITURE
                                 )
13       v.                      )
                                 )
14  WILLIAM QUENNEVILLE,         )
                                 )
15                               )
              Defendant.         )
16  _____)
```

17  WHEREAS, on or about December 15, 2009, this Court entered a
18  Preliminary Order of Forfeiture pursuant to the provisions of 18
19  U.S.C. § 2253 based upon the plea agreement entered into between
20  plaintiff and defendant William Quenneville forfeiting to the
21  United States the following property:

22       a)  Maxtor Hard Drive, SN 2HC03KVF;

23       b)  Compaq Presario Computer, SN CNX7371TZZ; and

24       c)  Seagate Hard Drive, SN 6RX0EGE3 .

25       AND WHEREAS, beginning on January 23, 2010, for at
26  least 30 consecutive days, the United States published notice of
27  the Court's Order of Forfeiture on the official internet
28  government forfeiture site www.forfeiture.gov.  Said published

notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of William Quenneville.

2.  All right, title, and interest in the above-listed property shall vest solely in the United States of America.

3.  The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 30th day of March, 2010.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE